IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ROMAN FINNEGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO. 3:08-CV-503 |
| | ) | |
| LAUREL MYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

This matter is before the Court on Plaintiffs' Motion to Dismiss James Cavanaugh, M.D., filed by Plaintiffs on September 1, 2015. (DE #308.) Afer due consideration, and noting that no objections have been filed by any of the Defendants, the Court, in its discretion, **GRANTS** Plaintiffs' motion to dismiss all claims against Defendant James Cavanaugh pursuant to Federal Rule of Civil Procedure 41(a)(2).[1] Defendant James Cavanaugh is hereby **DISMISSED** from this case.

**DATED: September 8, 2015**          /s/ RUDY LOZANO, Judge
                                                                    **United States District Court**

---

[1] Voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is allowed at the district court's discretion, which is abused only when a defendant has shown that he will suffer "plain legal prejudice" if dismissal is granted. See *Tyco Laboratories, Inc. v. Koppers*, Co., 627 F.2d 54, 56 (7th Cir. 1980). Here, there has been no such showing, and the Court finds that dismissal is appropriate. See e.g. *Kunz v. DeFelice*, 538 F.3d 667, 677-78 (7th Cir. 2008)