IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ROMAN FINNEGAN, et al.,   )
                          )
Plaintiffs,               )
                          )
    v.                    )    NO. 3:08-CV-503
                          )
LAUREL MYERS, et al.,     )
                          )
Defendants,               )

## VERDICT FORM

Circle YES or NO for each defendant

### FIRST AMENDMENT — RIGHT TO PETITION THE GOVERNMENT

Do you find in favor of Plaintiff Lynnette Finnegan and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

- Regina McAninch?  YES / (NO)

Do you find in favor of Plaintiff Roman Finnegan and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

- Regina McAninch?  YES / (NO)

1

## FOURTH AMENDMENT — SEARCH AND SEIZURE

### DECEMBER 20, 2005: PULASKI COUNTY OFFICE OF DCS

(JOHNATHON ABAIR, TABITHA ABAIR, AND KATELYNN SALYER)

Do you find in favor of Plaintiff Lynnette Finnegan and against

- Laurel Myers? (YES) / NO
- Regina McAninch? (YES) / NO
- Tracy Salyers? YES / (NO)

Do you find in favor of Plaintiff Roman Finnegan and against

- Laurel Myers? (YES) / NO
- Regina McAninch? (YES) / NO
- Tracy Salyers? YES / (NO)

Do you find in favor of Plaintiff Tabitha Abair and against

- Laurel Myers? (YES) / NO
- Regina McAninch? (YES) / NO
- Tracy Salyers? YES / (NO)

Do you find in favor of Plaintiff Katelynn Salyer and against

- Laurel Myers? (YES) / NO
- Regina McAninch? (YES) / NO
- Tracy Salyers? YES / (NO)

Do you find in favor of Plaintiff Johnathon Abair and against

- Laurel Myers? (YES) / NO
- Regina McAninch? (YES) / NO
- Tracy Salyers? YES / (NO)

FOURTH AMENDMENT — SEARCH AND SEIZURE

NOVEMBER 2006 REMOVAL OF TABITHA ABAIR AND KATELYNN SALYER

Do you find in favor of Plaintiff Lynnette Finnegan and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

- Regina McAninch?  (YES) / NO

- Tracy Salyers?  YES/ (NO)

- Antoinette Laskey?  YES / (NO)

Do you find in favor of Plaintiff Roman Finnegan and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

- Regina McAninch?  (YES) / NO

- Tracy Salyers?  YES/ (NO)

- Antoinette Laskey?  YES / (NO)

Do you find in favor of Plaintiff Tabitha Abair and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

- Regina McAninch?  (YES) / NO

- Tracy Salyers?  YES/ (NO)

- Antoinette Laskey?  YES / (NO)

Do you find in favor of Plaintiff Katelynn Salyer and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

3

- Regina McAninch?  YES / NO
- Tracy Salyers?  YES/ NO
- Antoinette Laskey?  YES / NO

### FOURTH AMENDMENT – SEARCH AND SEIZURE

#### JANUARY 2007 SEARCH OF FINNEGAN HOME

Do you find in favor of Plaintiff Lynnette Finnegan and against

- Jennifer McDonald?  YES / NO

Do you find in favor of Plaintiff Roman Finnegan and against

- Jennifer McDonald?  YES / NO

### FOURTH AMENDMENT – SEARCH AND SEIZURE

#### JANUARY 2007 EXHUMATION OF JESSICA SALYER'S BODY

Do you find in favor of Plaintiff Lynnette Finnegan and against

- Jennifer McDonald?  YES / NO
- James Payne?  YES/ NO

Do you find in favor of Plaintiff Roman Finnegan and against

- Jennifer McDonald?  YES / NO
- James Payne?  YES/ NO

### FOURTH AMENDMENT – SEARCH AND SEIZURE

#### APRIL 24, 2007 ARREST OF ROMAN AND LYNNETTE FINNEGAN

Do you find in favor of Plaintiff Lynnette Finnegan and against

- Jennifer McDonald?  YES / NO

Do you find in favor of Plaintiff Roman Finnegan and against

   Jennifer McDonald?  YES / NO

<u>Fourteenth Amendment — Procedural due process</u>

Do you find in favor of Plaintiff Lynnette Finnegan and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

- Regina McAninch?  (YES) / NO

- Tracy Salyers?  YES / (NO)

- Reba James?  (YES) / NO

- Jennifer McDonald?  (YES) / NO

- Antoinette Laskey?  (YES) / NO


Do you find in favor of Plaintiff Roman Finnegan and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

- Regina McAninch?  (YES) / NO

- Tracy Salyers?  YES / (NO)

- Reba James?  (YES) / NO

- Jennifer McDonald?  (YES) / NO

- Antoinette Laskey?  (YES) / NO

Do you find in favor of Plaintiff Tabitha Abair and against

- Laurel Myers?  (YES) / NO

- James Payne?  YES / (NO)

- Regina McAninch?  (YES) / NO

- Tracy Salyers?  YES / (NO)

- Reba James?  YES / (NO)

- Jennifer McDonald?  YES / NO

- Antoinette Laskey?  YES / NO

Do you find in favor of Plaintiff Katelynn Salyer and against

- Laurel Myers?  YES / NO

- James Payne?  YES / NO

- Regina McAninch?  YES / NO

- Tracy Salyers?  YES / NO

- Reba James?  YES / NO

- Jennifer McDonald?  YES / NO

- Antoinette Laskey?  YES / NO

Do you find in favor of Plaintiff Johnathon Abair and against

- Laurel Myers?  YES / NO

- James Payne?  YES / NO

- Regina McAninch?  YES / NO

- Tracy Salyers?  YES / NO

- Reba James?  YES / NO

- Jennifer McDonald?  YES / NO

- Antoinette Laskey?  YES / NO

## FOURTEENTH AMENDMENT — SUBSTANTIVE DUE PROCESS (FAMILIAL RELATIONS)

Do you find in favor of Plaintiff Lynnette Finnegan and against

- Laurel Myers? YES / NO
- James Payne? YES / NO
- Regina McAninch? YES / NO
- Tracy Salyers? YES / NO
- Reba James? YES / NO
- Jennifer McDonald? YES / NO
- Antoinette Laskey? YES / NO

Do you find in favor of Plaintiff Roman Finnegan and against

- Laurel Myers? YES / NO
- James Payne? YES / NO
- Regina McAninch? YES / NO
- Tracy Salyers? YES / NO
- Reba James? YES / NO
- Jennifer McDonald? YES / NO
- Antoinette Laskey? YES / NO

Do you find in favor of Plaintiff Tabitha Abair and against

- Laurel Myers? YES / NO
- James Payne? YES / NO
- Regina McAninch? YES / NO
- Tracy Salyers? YES / NO
- Reba James? YES / NO

- Jennifer McDonald?   YES / NO
- Antoinette Laskey?   YES / NO

Do you find in favor of Plaintiff Katelynn Salyer and against

- Laurel Myers?   YES / NO
- James Payne?   YES / NO
- Regina McAninch?   YES / NO
- Tracy Salyers?   YES / NO
- Reba James?   YES / NO
- Jennifer McDonald?   YES / NO
- Antoinette Laskey?   YES / NO

Do you find in favor of Plaintiff Johnathon Abair and against

- Laurel Myers?   YES / NO
- James Payne?   YES / NO
- Regina McAninch?   YES / NO
- Tracy Salyers?   YES / NO
- Reba James?   YES / NO
- Jennifer McDonald?   YES / NO
- Antoinette Laskey?   YES / NO

**If you circled NO as to each defendant for all claims, STOP here and go to the end of this packet and sign and date the Verdict Form. If you have answered YES to any of the defendants for any claim, please proceed to answer the questions of damages as it applies.**

## COMPENSATORY DAMAGES

If you have found in favor of any of the plaintiffs, on any of their claims against any of the defendants, you must determine what amount of compensatory damages, if any, they are entitled to receive. If you have found in favor of any of the plaintiffs, but find that the plaintiff has not proved compensatory damages, you must return a verdict for that plaintiff in the amount of $1.00.

If you find a plaintiff is not entitled to recover compensatory damages as to a defendant, write the word "zero" in the blank.

### FIRST AMENDMENT—RIGHT TO PETITION THE GOVERNMENT

We, the jury, find Plaintiff Lynnette Finnegan's damages on the claim of a violation of the right to petition the government under the First Amendment, to be in the total amount of _____ $625,000 _____ dollars against each defendant as follows:

_____ $625,000 _____ Laurel Myers

_____ -0- (Zero) _____ James Payne

_____ -0- (Zero) _____ Regina McAninch

We, the jury, find Plaintiff Roman Finnegan's damages on the claim of a violation of the right to petition the government under the First Amendment, to be in the total amount of _____ $625,000 _____ dollars against each defendant as follows:

_____ $625,000 _____ Laurel Myers

_____ -0- (Zero) _____ James Payne

_____ -0- (Zero) _____ Regina McAninch

### FOURTH AMENDMENT — SEARCH AND SEIZURE

### DECEMBER 20, 2005: PULASKI COUNTY OFFICE OF DCS

(JOHNATHON ABAIR, TABITHA ABAIR, AND KATELYNN SALYER)

We, the jury, find Plaintiff Lynnette Finnegan's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the children being taken to the Pulaski County Office of DCS on December 20, 2005, to be in the total amount of ___*$100,000*___ dollars against each defendant as follows:

___*$50,000*___  Laurel Myers

___*$50,000*___  Regina McAninch

___*Zero*___  Tracy Salyers

We, the jury, find Plaintiff Roman Finnegan's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the children being taken to the Pulaski County Office of DCS on December 20, 2005, to be in the total amount of ___*$100,000*___ dollars against each defendant as follows:

___*$50,000*___  Laurel Myers

___*$50,000*___  Regina McAninch

___*Zero*___  Tracy Salyers

We, the jury, find Plaintiff Johnathon Abair's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the children being taken to the Pulaski County Office of DCS on December 20, 2005, to be in the total amount of ___*$150,000*___ dollars against each defendant as follows:

___*$75,000*___  Laurel Myers

___*$75,000*___  Regina McAninch

10

_____Zero_____   Tracy Salyers

We, the jury, find Plaintiff Katelynn Salyer's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the children being taken to the Pulaski County Office of DCS on December 20, 2005, to be in the total amount of _____$150,000_____ dollars against each defendant as follows:

_____$75,000_____   Laurel Myers

_____$75,000_____   Regina McAninch

_____Zero_____   Tracy Salyers

We, the jury, find Plaintiff Tabitha Abair's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the children being taken to the Pulaski County Office of DCS on December 20, 2005, to be in the total amount of _____$150,000_____ dollars against each defendant as follows:

_____$75,000_____   Laurel Myers

_____$75,000_____   Regina McAninch

_____Zero_____   Tracy Salyers

### FOURTH AMENDMENT — SEARCH AND SEIZURE

#### NOVEMBER 2006 REMOVAL OF TABITHA ABAIR AND KATELYNN SALYER

We, the jury, find Plaintiff Lynnette Finnegan's damages on the claim of a violation of the right to freedom from unreasonable seizure under the Fourth Amendment, as a result of the November 2006 removal of Tabitha Abair and Katelynn Salyer, to be in the total amount of _____$1,000,000_____ dollars against each defendant as follows:

_____$750,000_____   Laurel Myers

_____Zero_____   James Payne

_____$250,000_____   Regina McAninch

11

_____Zero_____    Tracy Salyers

_____Zero_____    Antoinette Laskey


We, the jury, find Plaintiff Roman Finnegan's damages on the claim of a violation of the right to freedom from unreasonable seizure under the Fourth Amendment, as a result of the November 2006 removal of Tabitha Abair and Katelyn Salyer, to be in the total amount of _____$250,000_____ dollars against each defendant as follows:

_____$175,000_____    Laurel Myers

_____Zero_____    James Payne

_____$75,000_____    Regina McAninch

_____Zero_____    Tracy Salyers

_____Zero_____    Antoinette Laskey

We, the jury, find Plaintiff Tabitha Abair's damages on the claim of a violation of the right to freedom from unreasonable seizure under the Fourth Amendment, as a result of the November 2006 removal of Tabitha Abair and Katelyn Salyer, to be in the total amount of _____$2,000,000_____ dollars against each defendant as follows:

_____$1,500,000_____    Laurel Myers

_____Zero_____    James Payne

_____$500,000_____    Regina McAninch

_____Zero_____    Tracy Salyers

_____Zero_____    Antoinette Laskey

We, the jury, find Plaintiff Katelynn Salyer's damages on the claim of a violation of the right to freedom from unreasonable seizure under the Fourth Amendment, as a result of the November 2006 removal of Tabitha Abair and Katelynn Salyer, to be in the total amount of _____ $2,000,000 _____ dollars against each defendant as follows:

| | |
|---|---|
| $ 1,500,000 | Laurel Myers |
| Zero | James Payne |
| $ 500,000 | Regina McAninch |
| Zero | Tracy Salyers |
| Zero | Antoinette Laskey |

### FOURTH AMENDMENT – SEARCH AND SEIZURE

### JANUARY 2007 SEARCH OF FINNEGAN HOME

We, the jury, find Plaintiff Lynnette Finnegan's damages on the claim of a violation of the right to be free from unreasonable search under the Fourth Amendment, as a result of the January 2007 search of the Finnegan home, as a result of the actions of Jennifer McDonald, to be in the total amount of _____ Zero _____ dollars.

We, the jury, find Plaintiff Roman Finnegan's damages on the claim of a violation of the right to be free from unreasonable search under the Fourth Amendment, as a result of the January 2007 search of the Finnegan home, as a result of the actions of Jennifer McDonald, to be in the total amount of _____ Zero _____ dollars.

<u>FOURTH AMENDMENT – SEARCH AND SEIZURE</u>

### JANUARY 2007 EXHUMATION OF JESSICA SALYER'S BODY

We, the jury, find Plaintiff Lynnette Finnegan's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the January 2007 exhumation of Jessica Salyer's body, to be in the total amount of _____*Zero*_____ dollars against each defendant as follows:

_____*Zero*_____   Jennifer McDonald

_____*Zero*_____   James Payne

We, the jury, find Plaintiff Roman Finnegan's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the January 2007 exhumation of Jessica Salyer's body, to be in the total amount of _____*Zero*_____ dollars against each defendant as follows:

_____*Zero*_____   Jennifer McDonald

_____*Zero*_____   James Payne

<u>FOURTH AMENDMENT – SEARCH AND SEIZURE</u>

### APRIL 24, 2007 ARREST OF ROMAN AND LYNNETTE FINNEGAN

We, the jury, find Plaintiff Lynnete Finnegan's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the April 24, 2007 arrest of Lynnette Finnegan, as a result of the actions of Jennifer McDonald, to be in the total amount of _____*Zero*_____ dollars.

We, the jury, find Plaintiff Roman Finnegan's damages on the claim of a violation of the right to be free from unreasonable seizure under the Fourth Amendment, as a result of the April 24, 2007 arrest of Roman Finnegan, as a result of the actions of Jennifer McDonald, to be in the total amount of _____*Zero*_____ dollars.

14

### FOURTEENTH AMENDMENT – PROCEDURAL DUE PROCESS

We, the jury, find Plaintiff Lynnette Finnegan's damages on the claim of a violation of Procedural Due Process rights under the Fourteenth Amendment, to be in the total amount of ___$3,000,000___ dollars against each defendant as follows:

| | |
|---|---|
| $2,250,000 | Laurel Myers |
| ZERO | James Payne |
| $725,000 | Regina McAninch |
| ZERO | Tracy Salyers |
| $23,000 | Reba James |
| $1,000 | Jennifer McDonald |
| $1,000 | Antoinette Laskey |

We, the jury, find Plaintiff Roman Finnegan's damages on the claim of a violation of Procedural Due Process rights under the Fourteenth Amendment, to be in the total amount of ___$5,000,000___ dollars against each defendant as follows:

| | |
|---|---|
| $3,750,000 | Laurel Myers |
| ZERO | James Payne |
| $1,225,000 | Regina McAninch |
| ZERO | Tracy Salyers |
| $23,000 | Reba James |
| $1,000 | Jennifer McDonald |
| $1,000 | Antoinette Laskey |

15

We, the jury, find Plaintiff Tabitha Abair's damages on the claim of a violation of Procedural Due Process rights under the Fourteenth Amendment, to be in the total amount of _____ $100,000 _____ dollars against each defendant as follows:

_____ $75,000 _____ Laurel Myers

_____ Zero _____ James Payne

_____ $25,000 _____ Regina McAninch

_____ Zero _____ Tracy Salyers

_____ Zero _____ Reba James

_____ Zero _____ Jennifer McDonald

_____ Zero _____ Antoinette Laskey

We, the jury, find Plaintiff Katelynn Salyer's damages on the claim of a violation of Procedural Due Process rights under the Fourteenth Amendment, to be in the total amount of _____ $50,000 _____ dollars against each defendant as follows:

_____ $35,000 _____ Laurel Myers

_____ Zero _____ James Payne

_____ $15,000 _____ Regina McAninch

_____ Zero _____ Tracy Salyers

_____ Zero _____ Reba James

_____ Zero _____ Jennifer McDonald

_____ Zero _____ Antoinette Laskey

16

We, the jury, find Plaintiff Johnathon Abair's damages on the claim of a violation of Procedural Due Process rights under the Fourteenth Amendment, to be in the total amount of ___$50,000___ dollars against each defendant as follows:

___$ 35,000___     Laurel Myers

___Zero___     James Payne

___$ 14,000___     Regina McAninch

___Zero___     Tracy Salyers

___Zero___     Reba James

___$ 1,000___     Jennifer McDonald

___Zero___     Antoinette Laskey

### FOURTEENTH AMENDMENT – SUBSTANTIVE DUE PROCESS   (FAMILIAL RELATIONS)

We, the jury, find Plaintiff Lynnette Finnegan's damages on the claim of a violation of Substantive Due Process rights under the Fourteenth Amendment, to be in the total amount of ___$3,000,000___ dollars against each defendant as follows:

___$ 3,000,000___     Laurel Myers

___Zero___     James Payne

___Zero___     Regina McAninch

___Zero___     Tracy Salyers

___Zero___     Reba James

___Zero___     Jennifer McDonald

___Zero___     Antoinette Laskey

We, the jury, find Plaintiff Roman Finnegan's damages on the claim
of a violation of Substantive Due Process rights under the
Fourteenth Amendment, to be in the total amount of
_____ $3,000,000 _____ dollars against each defendant
as follows:

_____ $3,000,000 _____ Laurel Myers

_____ Zero _____ James Payne

_____ Zero _____ Regina McAninch

_____ Zero _____ Tracy Salyers

_____ Zero _____ Reba James

_____ Zero _____ Jennifer McDonald

_____ Zero _____ Antoinette Laskey

We, the jury, find Plaintiff Tabitha Abair's damages on the claim
of a violation of Substantive Due Process rights under the
Fourteenth Amendment, to be in the total amount of
_____ $3,000,000 _____ dollars against each
defendant as follows:

_____ $3,000,000 _____ Laurel Myers

_____ Zero _____ James Payne

_____ Zero _____ Regina McAninch

_____ Zero _____ Tracy Salyers

_____ Zero _____ Reba James

_____ Zero _____ Jennifer McDonald

_____ Zero _____ Antoinette Laskey

We, the jury, find Plaintiff Katelynn Salyer's damages on the claim of a violation of Substantive Due Process rights under the Fourteenth Amendment, to be in the total amount of ___*$3,000,000*___ dollars against each defendant as follows:

| | |
|---|---|
| *$3,000,000* | Laurel Myers |
| *ZERO* | James Payne |
| *ZERO* | Regina McAninch |
| *ZERO* | Tracy Salyers |
| *ZERO* | Reba James |
| *ZERO* | Jennifer McDonald |
| *ZERO* | Antoinette Laskey |

We, the jury, find Plaintiff Johnathon Abair's damages on the claim of a violation of Substantive Due Process rights under the Fourteenth Amendment, to be in the total amount of ___*$4,000,000*___ dollars against each defendant as follows:

| | |
|---|---|
| *$3,000,000* | Laurel Myers |
| *ZERO* | James Payne |
| *ZERO* | Regina McAninch |
| *ZERO* | Tracy Salyers |
| *ZERO* | Reba James |
| *$1,000,000* | Jennifer McDonald |
| *ZERO* | Antoinette Laskey |

## PUNITIVE DAMAGES

To the extent you have awarded damages to one of the plaintiffs on any of his or her claims against any of the defendants, you may, but are not required to, award that plaintiff punitive damages, in addition to the actual damages already determined.

If you find a plaintiff is not entitled to recover punitive damages as to a defendant, write the word "zero" in the blank.

PLAINTIFF LYNNETTE FINNEGAN

We, the jury, further find that Plaintiff Lynnette Finnegan is entitled to punitive damages in the total amount of _____*Zero*_____ dollars against each defendant as follows:

| | |
|---|---|
| _*Zero*_____ | Laurel Myers |
| _*Zero*_____ | James Payne |
| _*Zero*_____ | Regina McAninch |
| _*Zero*_____ | Tracy Salyers |
| _*Zero*_____ | Reba James |
| _*Zero*_____ | Jennifer McDonald |
| _*Zero*_____ | Antoinette Laskey |

PLAINTIFF ROMAN FINNEGAN

We, the jury, further find that Plaintiff Roman Finnegan is entitled to punitive damages in the total amount of _____*Zero*_____ dollars against each defendant as follows:

| | |
|---|---|
| _*Zero*_____ | Laurel Myers |
| _*Zero*_____ | James Payne |
| _*Zero*_____ | Regina McAninch |
| _*Zero*_____ | Tracy Salyers |

20

_Zero_____    Reba James

_Zero_____    Jennifer McDonald

_Zero_____    Antoinette Laskey


PLAINTIFF TABITHA ABAIR

We, the jury, further find that Plaintiff Tabitha Abair is entitled
to    punitive    damages    in    the    total    amount    of
_____-O·_____ dollars against each defendant as
follows:

_Zero_____    Laurel Myers

_Zero_____    James Payne

_Zero_____    Regina McAninch

_Zero_____    Tracy Salyers

_Zero_____    Reba James

_Zero_____    Jennifer McDonald

_Zero_____    Antoinette Laskey


PLAINTIFF KATELYNN SALYER

We, the jury, further find that Plaintiff Katelynn Salyer is
entitled    to    punitive    damages    in    the    total    amount    of
_____O_____ dollars against each defendant as
follows:

_Zero_____    Laurel Myers

_Zero_____    James Payne

_Zero_____    Regina McAninch

_Zero_____    Tracy Salyers

_Zero_____    Reba James

_Zero_____    Jennifer McDonald

21

_Zero_ _____    Antoinette Laskey

PLAINTIFF JOHNATHON ABAIR

We, the jury, further find that Plaintiff, Johnathon Abair, is entitled to punitive damages in the total amount of _____ _Zero_ _____ dollar against each defendant as follows:

_Zero_ _____    Laurel Myers

_Zero_ _____    James Payne

_Zero_ _____    Regina McAninch

_Zero_ _____    Tracy Salyers

_Zero_ _____    Reba James

_Zero_ _____    Jennifer McDonald

_Zero_ _____    Antoinette Laskey

**Your deliberations with respect to this case are now complete. The jury foreperson is to sign and date in the space provided.**

DATED ___ _10/6/15_ ___

FOREPERSON ___ _/s/ Jury Foreperson_ ___