UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROMAN FINNEGAN, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> LAUREL MYERS, et al., <br><br>   Defendants. | CAUSE NO.  3:08-CV-503 RL-CAN |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Roman Finnegan, Lynnette Finnegan, Tabitha Abair Riffey, Katelynn Salyer Ramsbey, and Johnathon Abair, by counsel, and Defendants, Laurel Myers, Regina McAninch, Reba James, Jennifer McDonald, James Payne, and Tracy Salyers, by counsel, state that this cause of action has been fully settled and each party stipulates to dismissal of this action with prejudice, costs paid. Attached as Ex. 1 to this Stipulation is the Order dismissing the appeal.

Dated this 30th day of May, 2017.

| | |
|---|---|
| CURTIS T. HILL, JR. <br> Attorney General of Indiana <br> Atty No. 13999-20 | PRICE WAICUKAUSKI JOVEN & <br> CATLIN, LLC |
| /s/ Joshua R. Lowry <br> Deputy Attorney General <br> Atty No. 32676-29 <br> Office Of The Attorney General <br> Indiana Government Center S, 5th Fl. <br> 302 West Washington Street <br> Indianapolis, Indiana 46204 <br> Tel: (317) 233-0555 <br> Fax: (317) 232-7979 <br> Jushua.Lowry@atg.in.gov | /s/ Ronald J. Waicukauski <br> Ronald J. Waicukauski, Atty. No. 1089-53 <br> The Hammond Block Building <br> 301 Massachusetts Avenue <br> Indianapolis, IN  46204 <br> Tel: (317) 633-8787 <br> Fax: (317) 633-8797 <br> rwaicukauski@price-law.com |

Attorneys for Defendants

Heather Kirkwood PHV
4515 West Dravus Street
Seattle, WA 98199

Kevin C. Tankersley
115 W. Main Street
P.O. Box 363
Winamac, IN 46996

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Road
Indianapolis, Indiana 46219

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ Ronald J. Waicukauski